```
 1  Kent Khtikian, Esq.    (SBN 99843)
    Kimberly Hancock, Esq.  (SBN 205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415) 834-1842
    Attorneys for Plaintiffs
 5

 6

 7
                  UNITED STATES DISTRICT COURT
 8
                  NORTHERN DISTRICT OF CALIFORNIA
 9

10  TRUSTEES OF THE BRICKLAYERS        ) Case No. C 04 0952 SC
    LOCAL 7 PENSION TRUST;             )
11  TRUSTEES OF THE SAN FRANCISCO      ) REQUEST FOR DISMISSAL OF
    BRICKLAYERS LOCAL NO. 7            ) ALESSIO DE FRANCESCA
12  HEALTH AND WELFARE TRUST;          ) AND MAURIZIO DODI;
    TRUSTEES OF THE BRICKLAYERS AND ALLIED ) [Proposed] ORDER
13  CRAFTS LOCAL NO. 3 APPRENTICE      )
    TRAINING TRUST; TRUSTEES OF THE    )
14  INTERNATIONAL UNION                )
    OF BRICKLAYERS AND ALLIED CRAFTWORKERS )
15  PENSION FUND;  TRUSTEES OF THE MARBLE )
    FINISHERS AND SHOPWORKERS LOCAL NO. 7 )
16  HEALTH AND WELFARE TRUST; and,     )
    INTERNATIONAL UNION OF BRICKLAYERS )
17  AND ALLIED CRAFTWORKERS, AFL-CIO,  )
    LOCAL NO. 3, on behalf of itself, and )
18  as agent for its members,          )
                                       )
19       Plaintiffs,                   )
                                       )
20  vs.                                )
                                       )
21  STILEITALIANO INTERNATIONAL, a general )
    partnership; STILEITALIANO,  a     )
22  California corporation; STILEITALIANO  )
    INTERNATIONAL LLC, a California limited)
23  liability company; PAOLO COSTA,    )
    individually and as a partner in   )
24  STILEITALIANO INTERNATIONAL;       )
    ALESSIO DE FRANCESCA, individually )
25  and as a partner in STILEITALIANO  )
    INTERNATIONAL; and, MAURIZIO DODI, )
26  individually and as a partner in   )
    STILEITALIANO INTERNATIONAL,       )
27                                     )
         Defendants.                   )
28  _____)
```

1  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
2  Plaintiffs and Defendants Alessio De Francesca and Maurizio Dodi,
3  hereby request the dismissal, with prejudice, of only defendants
4  Alessio De Francesca and Maurizio Dodi from this action.  This
5  shall not dismiss any claim against any other defendant.
6
7  Date: June 13, 2005                Katzenbach & Khtikian
8
9
                                      By: /s/ Kent Khtikian
10                                         Kent Khtikian
                                        Attorneys for Plaintiffs
11
12
13 Date: June 14, 2005                Nevin & Absalom
14
15
                                      By: Kenneth Absalom
16                                         Kenneth Absalom
                                     Attorneys for Alessio De Francesca
17
18
   Date: July 29, 2005
19
20
                                      By: /s/ Irving Berg
21                                         Irving Berg
                                      Attorney for Maurizio Dodi
22
23             **Attestation Of Concurrence**
24     I, Kent Khtikian, declare that the attorneys for Alessio De
25 Francesca and Maurizio Dodi have agreed to the Stipulation set
26 forth above and that I have in my possession their signature on
27 this document.
28     I declare under penalty of perjury that the foregoing is

1  true and correct.
2       Executed this 5th day of July 2005, in San Francisco,
3  California.

6                                    /s/ Kent Khtikan
                                     Kent Khtikian
7                                    Attorney for Plaintiffs

9  IT IS SO ORDERED:

11
12 Date:  __July 29, 2005__, 2005   _____
                                    Judge Samuel Conti